UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| § | |
| v. § | No.  1:23-CR-00013-LY-1 |
| § | |
| **JUNZHI CHEN** § | |
| *Defendant* § | |

ORDER

Before the Court is Defendant's Unopposed Motion to Modify Conditions of Pretrial Release, Dkt. 25. The District Court referred the motion to the undersigned for resolution pursuant to 18 U.S.C. § 3006A(b), 28 U.S.C. § 636(b)(1)(B), and Rule 44 of the Federal Rules of Criminal Procedure. Defendant seeks to modify the Order Setting Conditions of Release, Dkt. 19, to replace Condition 7(p)(ii), Home Detention, with Condition 7(p)(i), imposing a curfew from 10:00 p.m to 7:00 a.m. Dkt. 25.

The motion notes that Defendant is responsible for caring for his disabled stepfather and that the travel required to do so would not violate Condition 7(f), which restricts his travel to Travis and Hays Counties. *Id*. At the hearing on the Government's motion to detain, the Court expressed its concerns about Defendant's potential risk of flight, considering his previous attempt at unauthorized international travel shortly after his arrest. Defendant's counsel, however, assures the Court that his client is "committed to following all court orders to appear and has frequent and reliable contact with his counsel." *Id*. at 2. And the Court is unaware of Defendant having violated any of the conditions of his release since they were

1

imposed. Moreover, Defendant's U.S. Pretrial Services Officer recommended and supports the modification, and the Government has indicated that it will defer to that recommendation and, therefore, does not oppose the motion. *Id.* at 2-3.

For all of these reasons, the Court **GRANTS** Defendant's Unopposed Motion to Modify Conditions of Pretrial Release, Dkt. 25, and hereby modifies the Order Setting Conditions of Release, Dkt. 19, to replace Condition 7(p)(ii), Home Detention, with Condition 7(p)(i), imposing a curfew from 10:00 p.m to 7:00 a.m.

SIGNED April 14, 2023.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE